BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STATCHEL
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONISON RAISOR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-1500-CKD<br><br>**STIPULATION FOR EXTENSION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's Counsel requests this extension due to her unusually

large workload with several merit briefs due this month along with ongoing litigation in other areas. Upon issuance of this order, Defendant will have until March 8, 2017 to file her cross-motion for summary judgment.

This is the Commissioner's first extension request.

Respectfully submitted,

Dated:  February 1, 2017

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Esther Kim*
Esther Kim
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated:  February 1, 2017

 /s/*Antonio S. Valdez*_____
Antonio S. Valdez
(as authorized via email)
Attorney at Law
Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED:

Dated:  February 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE